# COMMITMENT TO ANOTHER DISTRICT
Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | Eastern District of California |
|---|---|
| UNITED STATES OF AMERICA vs JENNIFER ZAMORA QUIRANTE | Docket Number |
| | Magistrate Case Number 1:08 MJ-00194 |

**FILED AUG 22 2008 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK**

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☐ INDICTMENT   ☐ INFORMATION   ☐ COMPLAINT   ☒ OTHER (SPECIFY) Petition

CHARGING A VIOLATION OF:   U.S.C. § SECTION

DISTRICT OF OFFENSE: Southern of California

DESCRIPTION OF CHARGES: Violation of Probation, Supervision

CURRANT BOND STATUS: __ Bail fixed at _____ and conditions were not met

☒ Government moved for detention and defendant detained after hearing in District of Arrest

__ Government moved for detention and defendant detained pending detention hearing in District of Offense

__ Other (specify)

Representation: __ Retained Counsel ☒ Federal Defender __ CJA Attorney __ None

Interpreter Required? ☒ No   __ Yes   Language:

TO:  THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

August 22, 2008
Date

SANDRA M. SNYDER, United States Magistrate Judge

## RETURN

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

as of 10/2000